IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00502-RPM

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,
v.

USA MASONRY, INC., a Colorado corporation,
THE CITY OF LONE TREE,
MASONRY SALES, INC., a Colorado corporation,
HOFFMAN ENTERPRISES, INC. d/b/a KINNEY BRICK COMPANY, a New Mexico corporation,
A TEAM MASONRY, INC. d/b/a TAPOUT MASONRY, a Colorado corporation,
A O K CONSTRUCTION, INC., a Colorado corporation,

    Defendants.

_____

### ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
_____

Upon review of the stipulated motion for an extension of time, to and including April 24, 2012, for defendant Hoffman Enterprises to respond to the complaint, it is

ORDERED that the motion is granted.

DATED: April 3rd, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge