IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00502-RPM

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,

v.

USA MASONRY, INC., a Colorado corporation,
THE CITY OF LONE TREE,
MASONRY SALES, INC., a Colorado corporation,
HOFFMAN ENTERPRISES, INC. d/b/a KINNEY BRICK COMPANY, a New Mexico corporation,
A TEAM MASONRY, INC. d/b/a TAPOUT MASONRY, a Colorado corporation,
A O K CONSTRUCTION, INC., a Colorado corporation,

    Defendants.

_____

ORDER DISMISSING DEFENDANT HOFFMAN ENTERPRISES, INC., d/b/a KINNEY BRICK COMPANY
_____

    Pursuant to the Stipulated Motion to Dismiss All Claims Against Defendant Hoffman Enterprises, Inc. d/b/a Kinney Brick Company with Prejudice [18] filed April 18, 2012, it is

    ORDERED that the motion is granted and all claims asserted against Kinney are dismissed with prejudice pursuant to Fed.R.Civ.P. 41.

    DATED: April 19th, 2012

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge