IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00502-RPM

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,

v.

USA MASONRY, INC., a Colorado corporation,
THE CITY OF LONE TREE,
MASONRY SALES, INC., a Colorado corporation,
A TEAM MASONRY, INC. d/b/a TAPOUT MASONRY, a Colorado corporation,
A O K CONSTRUCTION, INC., a Colorado corporation,

    Defendants.

_____

ORDER DISMISSING AOK CONSTRUCTION, INC.
_____

    Pursuant to the Stipulated Motion to Dismiss All Claims Against Defendant AOK Construction, Inc. with Prejudice [20] filed April 18, 2012, it is

    ORDERED that the motion is granted and all claims asserted against AOK Construction, Inc., are dismissed with prejudice pursuant to Fed.R.Civ.P. 41.

    DATED: April 24th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge