IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00502-RPM

BITUMINOUS CASUALTY CORPORATION,

     Plaintiff,

v.

USA MASONRY, INC., a Colorado corporation,
THE CITY OF LONE TREE,
MASONRY SALES, INC., a Colorado corporation,
HOFFMAN ENTERPRISES, INC. d/b/a KINNEY BRICK COMPANY, a New Mexico corporation,
A TEAM MASONRY, INC. d/b/a TAPOUT MASONRY, a Colorado corporation,
A O K CONSTRUCTION, INC., a Colorado corporation,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     Pursuant to the Joint Notice of Settlement, the motions for summary judgment [32, 38] and motion for default judgment [45] are moot.

DATED: March 13, 2013