# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 12-CV-00502-RPM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

Plaintiff,

v.

USA MASONRY, INC., a Colorado corporation,
THE CITY OF LONE TREE,
MASONRY SALES, INC., a Colorado corporation,
HOFFMAN ENTERPRISES, INC. d/b/a KINNEY BRICK COMPANY, a New Mexico corporation,
A TEAM MASONRY, INC. d/b/a TAPOUT MASONRY, a Colorado corporation,
A O K CONSTRUCTION, INC., a Colorado corporation

Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter, having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised,

Orders that this matter be and hereby is dismissed with prejudice, each party to bear their own costs and expenses.

Dated:  May 14, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge